UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.

PRINCE BURFORD,

          Plaintiff.

Case No. 20-cv-08712-SI

**ORDER OF DISMISSAL**

Re: Dkt. No. 1

This action was opened on December 9, 2020, when the court received from Prince Burford a letter discussing prison conditions at the Correctional Training Facility in Soledad. On December 17, 2020, the court notified Burford in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an *in forma pauperis* application. Docket Nos. 2, 3. The court further notified Burford that this action would be dismissed if he did not submit a complaint or petition within 28 days, and if he did not pay the fee or file an *in forma pauperis* application within 28 days. Docket Nos. 2, 3. Burford has failed to provide the court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

**IT IS SO ORDERED**.

Dated: February 10, 2021

SUSAN ILLSTON
United States District Judge