UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re.<br><br>PRINCE BURFORD,<br><br>    Plaintiff. | Case No. 20-cv-08712-SI<br><br>**JUDGMENT** |

This action is dismissed for failure to file a pleading showing the court has subject matter jurisdiction.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 10, 2021

_____
SUSAN ILLSTON
United States District Judge